RECEIVED

AUG 3 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FLOQUIP, INC.** | *CIVIL NO. 6:16-0035 |
| **VERSUS** | *JUDGE DOHERTY |
| **CHEM ROCK TECHNOLOGIES, ET AL.** | *MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Remand filed by plaintiff, FloQuip, Inc. [rec. doc. 16], is DENIED, and the claims against defendants, David Manly and David Trahan, are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss pursuant to Rule 12(b)(2) filed by Edward Hostmann, Inc., Kinda Lincoln and Scott Schroeder [rec. doc. 14], is GRANTED, and that the claims against these defendants be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss pursuant to Rule 12(b)(6) on Behalf of Enersciences Holdings, LLC, Enersciences Services, LLC, Enersciences, LLC, Rapid Drilling, LLC, and R3 Sciences [rec. doc. 14] is

GRANTED IN PART AND DENIED IN PART AS MOOT.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED and that the Motion to Dismiss on Behalf of David Trahan [rec. doc. 17] is DENIED AS MOOT.

Lafayette, Louisiana, this 31 day of August, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE